# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | ) 1:08cv090 AWI DLB |
| | ) |
| | ) ORDER ADOPTING FINDINGS AND |
| | ) RECOMMENDATION REGARDING |
| Plaintiff, | ) PLAINTIFF'S MOTION FOR DEFAULT |
| | ) JUDGMENT |
| v. | ) |
| | ) (Document 20) |
| BURL GEORGE, et al., | ) |
| | ) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |

On September 15, 2008, the Magistrate Judge issued Findings and Recommendation that Plaintiff's Motion for Default Judgment be GRANTED.  This Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order.  No objections were filed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.      The Findings and Recommendation issued September 15, 2008, is ADOPTED IN FULL;

2.      Plaintiff's Motion for Default Judgment is GRANTED;

1

3.      The Clerk of the Court is DIRECTED to enter judgment in this action against

Defendant Munoz; and

4.      Damages are AWARDED for a total amount of $20,000.00 as follows:

1)      For violation of 47 U.S.C. section 605, the sum of $10,000; and

2)      For violation of 47 U.S.C. section 553, the sum of $10,000.

This terminates this action in its entirety.

IT IS SO ORDERED.

**Dated:   October 28, 2008**                       **/s/ Anthony W. Ishii**
CHIEF UNITED STATES DISTRICT JUDGE